UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELINDA JACKSON,           )<br>          Plaintiff,         )<br>                              )<br>-v-                           )<br>                              )<br>PATRICK DONAHOE, POSTMASTER )<br>GENERAL OF THE UNITED STATES OF )<br>AMERICA,                      )<br>          Defendant.         )<br>_____) | No. 1:15-cv-3<br><br>HONORABLE PAUL L. MALONEY |

### **JUDGMENT**

This Court has dismissed the complaint without prejudice, resolving all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters. Ordinarily, a party in a civil lawsuit involving the United States, like this one, has 60 days to file a notice of appeal in this Court. Fed. R. App. P. 4(a)(1)(B).

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   May 1, 2015                                /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge